In the Matter of the Petition of Marion Z. Anderson, as Executrix, etc., of Edward N. Anderson, Deceased, Appellant, to Determine the Compensation of an Attorney for Services Rendered to the Estate.   Edmund F. Driggs,

* See 230 App. Div. 410, 414.— [Rep.   † Amd. by Laws of 1924, chap. 582.— [Rep.   ‡ See App. Div. Rules, 2d Dept. rule 19.— [Rep.

Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell and Tompkins, JJ.; Hagarty, J., not voting.

In the Matter of the Application of the City of New York, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc. Byrne Place, Borough of Brooklyn, etc., Parcel 10. William Armbruster and Others, Appellants; The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of The City of New York, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc. Byrne Place, Borough of Brooklyn, etc., Parcel 10. William Armbruster and Others, Appellants; The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of The City of New York, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc. Byrne Place, Borough of Brooklyn, etc., Parcel 10. William Armbruster and Others, Appellants; The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of The City of New York, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc. Byrne Place, Borough of Brooklyn, etc., Parcel 10. William Armbruster and Others, Appellants; The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.